UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80134-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTINA PAWLAK**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 21]. On November 8, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Counts One and Two of the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 16]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 21]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Christina Pawlak as to Counts One and Two of the Information is **ACCEPTED**;

3. Defendant Christina Pawlak is adjudicated guilty of Count One and Count Two of the Information. Count One charges Defendant with conspiracy to commit health care

CASE NO. 21-80134-CR-CANNON

fraud, in violation of 18 U.S.C. § 1349.  Count Two charges Defendant with Conspiracy to Make a False Statement Relating to Health Care Matters, in violation of 18 U.S.C. § 371 and 1035(a)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of November 2021.

                                                     _____
                                                     **AILEEN M. CANNON**
                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record